for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Ellis N. Slack, Richard H. Demuth, Edward H. Foley, Jr., Bernard Bernstein,* and *Joseph B. Friedman* for the United States.

No. 666. CANTLEY, RECEIVER, *v.* ANDREWS ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George C. Willson* and *Peyton R. Evans,* and *Miss May T. Bigelow* for petitioner. *June C. Smith* for respondents.

No. 676. ATLANTIC GREYHOUND CORP. ET AL. *v.* LYON ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George E. Allen* for petitioners. *Messrs. V. P. Randolph, Jr.* and *Archibald G. Robertson* for respondents.

No. 747. CONSIDINE *v.* PENNSYLVANIA. March 4, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Robert Considine, pro se.*

No. 678. GREENWOOD COUNTY *v.* DUKE POWER Co. ET AL. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Messrs. W. H. Nicholson, James F. Dreher,* and *D. W. Robinson, Jr.* for petitioner. *Messrs. W. S. O'B. Robinson, Jr.* and *Wm. B. McGuire, Jr.* for respondents.